■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELISA HARRIS, Appellant. [758 NYS2d 807] —Judgment, Supreme Court, Bronx County (Patricia Williams, J.), rendered January 30, 2001, convicting defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's motion to suppress was properly denied. This Court has repeatedly rejected defendant's argument that the radio transmissions from the undercover officer, relating that a

"positive buy" involving two described individuals had transpired, were insufficient to establish probable cause to arrest defendant because they did not spell out defendant's role in the drug transaction (*see e.g. People v Daniels,* 303 AD2d 209 [2003]; *People v Johnson,* 278 AD2d 68 [2000]; *People v Muniz,* 276 AD2d 346 [2000], *lv denied* 96 NY2d 762 [2001]). Concur—Buckley, P.J., Andrias, Sullivan, Lerner and Friedman, JJ.